UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MICHAEL ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>Respondent. | No. 2:18-cv-2745 TLN DB P<br><br>ORDER AND FINDINGS AND RECOMMENDTIONS |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has additionally filed a first amended petition (ECF No. 8) and a second motion to proceed in forma pauperis (ECF No. 9.) For the reasons set forth below, the court will dismiss the petition without prejudice.

In both the original and first amended petitions, petitioner states the basis for relief is his 2012 conviction and sentence in the Butte County Superior Court. (ECF No. 1 at 1; ECF No. 8 at 1.) The court's records reveal that petitioner previously filed a petition for writ of habeas corpus attacking the same conviction and sentence challenged in the instant case.[1] The previous petition

---

[1] A court may take judicial notice of its own records and the records of other courts. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

was filed on March 30, 2016, and denied on the merits on March 20, 2018.  See Ortiz v. Baughman, Case No. 2:16-cv-0659 KJM CKD P.[2]  Before petitioner can proceed with the instant petition, he must move for, and obtain from, the Ninth Circuit Court of Appeals, an order authorizing the district court to consider the merits of his successive petition.  See 28 U.S.C. § 2244(b)(3).  Absent such authorization, the instant petition must be dismissed without prejudice.  Id.

Because petitioner previously filed a petition for writ of habeas corpus attacking the same conviction and sentence challenged in this case, his petition must be dismissed without prejudice to its re-filing should petitioner obtain authorization from the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that petitioner's applications to proceed in forma pauperis (ECF Nos. 2, 9) are granted.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice because it is premised on an unauthorized successive petition for writ of habeas corpus under 28 U.S.C. § 2254.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The documents should be captions "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 14, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Habeas/orti2745.scrn

---

[2] Petitioner has also filed two other habeas actions in this court that have been dismissed as successive.  See Ortiz v. Baughman, No. 2:18-cv-0255 JAM AC P; Ortiz v. California Attorney General, No. 2:18-cv-1563 MCE DB P.